IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| GARY LEE REED, <br> Institutional ID No. 83223 | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:22-CV-00049-C |
| JOEL WILKS, | § § § | |
| Defendant. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed without prejudice for failure to state a claim.

Dated May 22, 2023.

_____
SAM R. CUMMINGS
Senior United States District Judge